## 6996. SMITH *v.* THE STATE.

WADE, J. 1. The trial judge did not abuse his discretion in overruling the motion for a continuance.

2. There was no error in this case in admitting the evidence against the

defendant, though it was obtained by an illegal search of his premises. *Duren* v. *Thomasville*, 125 *Ga.* 1 (53 S. E. 814); *McAllister* v. *State*, 17 *Ga. App.* 159 (86 S. E. 412).

3. The evidence authorized the verdict, and the court did not err in over-ruling the motion for a new trial.                *Judgment affirmed.*

DECIDED JANUARY 11, 1916.

Accusation of sale of liquor; from city court of Polk county— Judge John K. Davis. September 25, 1915.

*Irwin & Tison,* for plaintiff in error.

*J. A. Wright, solicitor, E. S. Ault,* contra.